# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

Civil Division

| | ) | Case No. _____ |
|---|---|---|
| Abraham Cruz | ) | (to be filled in by the Clerk's Office) |
| _Plaintiff(s)_ | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) | Jury Trial: _(check one)_ ☒ Yes ☐ No |
| -v- | ) ) | |
| Federal at I.C.M. Manhattan, N.Y. | ) ) | FILED SCRANTON |
| _Defendant(s)_ | ) | APR 0 6 |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) | Per_____ DEPUTY |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Abraham Cruz
   Street Address: 209 Institution Drive; P.O. Box 1000
   City and County: Houtzdale; Clearfield
   State and Zip Code: Pennsylvania, 16698
   Telephone Number: N/A
   E-mail Address: N/A

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Defendant No. 1
- Name
- Job or Title (if known): Director
- Street Address: I.C. Metro Manhattan
- City and County: Manhattan, New York
- State and Zip Code: New York, 10001
- Telephone Number: N/A
- E-mail Address (if known): N/A

Defendant No. 2
- Name
- Job or Title (if known): Psychiatrist
- Street Address: I.C. Metro Manhattan
- City and County: Manhattan, New York
- State and Zip Code: New York, 10001
- Telephone Number: N/A
- E-mail Address (if known): N/A

Defendant No. 3
- Name
- Job or Title (if known): Inmate (cellmate) Mr. Mauulen (?) 6C-4
- Street Address: I.C. Metro Manhattan
- City and County: Manhattan, New York
- State and Zip Code: New York, 10001
- Telephone Number: N/A
- E-mail Address (if known): N/A

Defendant No. 4
- Name
- Job or Title (if known):
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question    ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*They were in violation of 4, 5, 7, 9, 11, 14, 18 et al. of: In out of State. The Constitution of the United States of America, Incommunicado, Stopped Communication (No Mail), Torts, Being hired for Torts, Malicious Intent, Malicious Torts, Jay Walker, Cruel and Unusual Punishments, Malpractice, Criminal Intents and Attempts on Life. Under Duress. Illegal Sentence, Persecution, Prosecution.*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Abraham Cruz NY-2555, is a citizen of the State of *(name)* Pennsylvania, Out of State in New York.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Federal Government, is a citizen of the State of *(name)* Pennsylvania & New York. Or is a citizen of *(foreign nation)* N/A.

    b. If the defendant is a corporation

The defendant, (name) _F.C.M., Manhattan, N.Y._, is incorporated under the laws of the State of (name) _New York & Pennsylvania_, and has its principal place of business in the State of (name) _New York_.

Or is incorporated under the laws of (foreign nation) _N/A_,

and has its principal place of business in (name) _Do not know, Des Moines, Iowa?_

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: _Only if is in Escrow... N/A. There was an Identity Case that it has not been resolved to me. A same sort here, now on Murder with a Untulible testimony in use of my name by different, of different name._

## III. Statement of Claim _Video, E.P._

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. A cellmate in 6-C-4, tried to break my neck as I brushed my teeth in the mirror. He lifted me by my neck and twisted me in the air from behind me. I got him off of me, and told C.O. after court of it.

2. My Psychiatrist was called while I waited in Medical. The first thing that came out of mouth was, "Do you feel like killing yourself now!" So I snapped out at him and he locked me up, transferred to Butner, N.C. and made me an Incompetent. A professional, a professional courtesy move, I believe. There was No Evaluation for that! Bashing.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. _I would like this Relief to be retroactive, more than just 17 years. The Hate Crimes and Bashings may be longer than we think or thought. I would like a Dismissal, an Annulment or Aniquilate Sentence of 8 yrs. from a minimum of 12 Concurrent. Upgraded for No reason and a promise of an Excuse, yet it says lately of it was 80 months from No Appeal. No appeal response through 8 yrs. Left me in a limbo at Adams Co. Jail with No mail. Out to dry with crimes being committed towards me in Zone of Danger within a shaky Federal Jurisdiction and Detainer. Teeth Rotted with Acids,_

Lazerred Finger Prints with "I will kill ou them". Sent to Torrence Hospital with your permission. They broke my Right Ankle in my sleep on the next day woke, and Broke my Glasses on a sleep over care. The 3 strikes you're out, the Career Criminal and Research to Proof, Proved to be violent are still in effect (why?). When the Commission on Sentencing, Refuted it and Denied it... Failed. Not like to the Execution in 1984.

I want $100,000,000.00 For Damages of: Punitive, Denomial, Nominal, Commulative Pain and Suffering, and the Attempt of the Double Murder (Inmate at New York and the No Evidence Murder, Death Penalty Case.)

I went to Clear my 619 (Money Lien), 714 (Homes), 804 (Properties), 805 (Inheritances).

## V. Certification and Closing

So I can get the rest of my Earnings from High Courts; Liens.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 30 March, 2020

Signature of Plaintiff: *Abraham C.*
Printed Name of Plaintiff: Cruz, Abraham NY-2555

### B. For Attorneys

Date of signing: ⎯

Signature of Attorney ⎯
Printed Name of Attorney ⎯
Bar Number ⎯
Name of Law Firm ⎯
Street Address ⎯
State and Zip Code ⎯
Telephone Number ⎯
E-mail Address ⎯

Abraham Cruz NY-2555
S.C.I. Houtzdale
209 Institution Dr.
Houtzdale, PA. 16698-1000

RECEIVED
SCRANTON

APR 0 6 2020

PER_____
DEPUTY CLERK

Abraham Cruz NY-2555